ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Avenue, Suite F28
Santa Clara, CA 95050
Telephone:  (408) 295-0137
Facsimile:   (408) 295-0142

Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>Plaintiff,<br><br>vs.<br><br>ELAINE HOM, et al.<br><br>Defendants. | Case No. 19-6132-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff") and Defendants ELAINE HOM, an individual; and PAVILION BAR & GRILL, LLC, a California limited liability company, d/b/a PAVILION BAR & GRILL (collectively, "Defendants") stipulate and request, through their undersigned counsel, that this action be dismissed in its entirety with prejudice with each side bearing her/their own attorneys' fees, costs, and litigation expenses. The parties further stipulate and respectfully request that the Court retain jurisdiction over enforcement over the terms of

| | | |
|---|---|---|
| 1 | their settlement agreement. | |
| 2 | | |
| 3 | Dated: March 27, 2020 | */s/ Irakli Karbelashvili* |
| 4 | | Irakli Karbelashvili, Attorney for Plaintiff<br>SHELBY GAIL HEIFETZ |

Dated: March 10, 2020         *David Karlin*
                              David Karlin, Attorney for Defendants
                              ELAINE HOM and PAVILION BAR & GRILL

<u>Filer's Attestation</u>

I, Irakli Karbelashvili, attest that I received concurrence from David Karlin in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

STIPULATION [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE

2

**[~~PROPOSED~~] ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement. The Clerk shall close the case file.

IT IS SO ORDERED.

Dated: 4/13/2020

United States District Judge
Vince Chhabria